Morris Levine, Respondent, v. Newman & Carey Subway Construction Company, Inc., Appellant.— Order of the Appellate Term

---

* See Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 94, as amd. by Laws of 1915, chap. 240.— [Rep.

† Since amd. by Laws of 1913, chap. 744, and Laws of 1914, chap. 378.— [Rep.

affirmed,osts. No opinion. Mills, Rich and Kelly, JJ., concurred; Jenks, Pd Jaycox, J., dissented.